No. 10–1163.   OPP ET AL. *v.* OFFICE OF THE STATE'S ATTORNEY OF COOK COUNTY, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 10–1178.   MYERS *v.* HOLDER, ATTORNEY GENERAL.   C. A. 9th Cir.   Certiorari denied.

No. 10–1191.   SHERMAN, A MINOR, THROUGH SHERMAN, HER FATHER AND NEXT FRIEND, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED *v.* KOCH, ILLINOIS STATE SUPERINTENDENT OF EDUCATION.   C. A. 7th Cir.   Certiorari denied.

No. 10–1204.   AT&T, INC. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–1207.   WILLIAMS *v.* MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 10–1209.   ROGAN ET AL. *v.* DEXIA CREDIT LOCAL.   C. A. 7th Cir.   Certiorari denied.

No. 10–1210.   TECLEZGHI *v.* HOLDER, ATTORNEY GENERAL.   C. A. 9th Cir.   Certiorari denied.

No. 10–1217.   VAN AUKEN, TRUSTEE *v.* WIRTH ET AL.; and
No. 10–1325.   VAN AUKEN, BENEFICIARY *v.* WIRTH ET AL.   Ct. App. N. M.   Certiorari denied.

No. 10–1220.   ROTH *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 10–1224.   PEST COMMITTEE ET AL. *v.* MILLER, SECRETARY OF STATE OF NEVADA.   C. A. 9th Cir.   Certiorari denied.

No. 10–1230.   DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, ET AL. *v.* CALIFORNIA HOSPITAL ASSN.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 10–1231.   DIAZ *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 10–1233.   SMOOT *v.* WEST VIRGINIA LAWYER DISCIPLINARY BOARD.   Sup. Ct. App. W. Va.   Certiorari denied.